518 A.2d 537

**COMMONWEALTH of Pennsylvania**

v.

**Darryl ROBINSON, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 17, 1986.

Appeal No. 586 E.D. Allocatur Docket 1985.

## ORDER

PER CURIAM.

AND NOW, this 17th day of November, 1986, the order erroneously entered on October 30, 1986, denying the Petition for Allowance of Appeal is vacated. The Petition for Allowance of Appeal is granted.